UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Malibu Media LLC
                        Plaintiff,

v.                                            Case No.: 1:13–cv–08484
                                                     Honorable Sara L. Ellis

John Doe
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 11, 2013:

      MINUTE entry before the Honorable Sara L. Ellis:Motion hearing held on 12/11/2013. MOTION by Plaintiff Malibu Media LLC to take discovery before Rule 26 Conference [5] is granted. Plaintiff to resubmit an order to Judge Ellis' proposed order email inbox pursuant to the terms stated of record. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.