# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Malibu Media LLC, | |
| Plaintiff(s), | |
| v. | Case No. 13 cv 8484 |
| Doe, | Judge Sara L. Ellis |
| Defendant(s). | |

## ORDER

Motion hearing held. Motion by Jonathan LA Phillips for leave to appear pro hac vice [14] is granted. Defendant's motion to vacate Court's Order granting early discovery (ECF Doc. 9) to quash subpoena, to proceed anonymously, and to order Malibu to show cause why it and its counsel should not be sanctioned [12] is GRANTED as to Defendant John Doe 98.228.213.184 to proceed anonymously AND Briefing as to the remaining parts of motion [12]: Response by 2/25/2014. Reply by 3/4/2014. Status hearing set for 3/25/2014 at 9:30AM to stand for ruling on motion [12].

Date: 2/11/2014

/s/ Sara L. Ellis

( T : 06)