**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Malibu Media LLC

                         Plaintiff,

v.                                    Case No.: 1:13–cv–08484
                                          Honorable Sara L. Ellis

John Doe

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 24, 2014:

       MINUTE entry before the Honorable Sara L. Ellis: ENTER OPINION AND ORDER. MOTION TO VACATE COURT'S ORDER GRANTING EARLY DISCOVERY (ECF DOC. 9), TOQUASH SUBPOENA, TO PROCEED ANONYMOUSLY, AND TO ORDER MALIBU TO SHOWCAUSE WHY IT AND ITS COUNSEL SHOULD NOT BE SANCTIONED [12] IS DENIED. SEE SEPARATE ORDER FOR FURTHER DETAILS. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.