
# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                              Plaintiff,

v.                                                    Case No.: 1:13–cv–08484
                                                      Honorable Michael T. Mason

John Doe

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2014:

      MINUTE entry before the Honorable Michael T. Mason:Status hearing held and continued to 9/18/14 at 09:00 a.m. The Court adopts the parties' proposed discovery deadlines as follows: Parties Rule 26(a)(1) disclosures shall be provided on or before 7/7/14. All written discovery shall be issued on or before 11/12/14. Fact discovery shall be completed by 12/12/14. Parties shall comply with Magistrate Judge Mason's Standing Order for Electronic Discovery and shall submit an agreed proposed order to Magistrate Judge Mason's proposed order inbox at Proposed_Order_Mason@ilnd.uscourts.gov by 6/27/14. Mailed notice(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.