UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP address ) <br> 98.228.213.184, ) <br> ) <br> Defendant. ) <br> ) | Civil Action Case No. <u>1:13-cv-08484</u> |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Defendant, John Doe ("Defendant") from this action *without prejudice*. Defendant is a small closely held business that was assigned IP address 98.228.213.184 by its Internet Service Provider. Plaintiff is currently investigating the matter and intends to refile its complaint against the responsible individual personally. Pursuant to Fed. R. Civ. P 41(a)(1)(A)(i), Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 26, 2014.

        Respectfully submitted,

        NICOLETTI LAW, PLC

By: /s/ *Paul J. Nicoletti*
   Paul J. Nicoletti, Esq. (P-44419)
   33717 Woodward Ave, #433
   Birmingham, MI 48009
   Tel: (248) 203-7800
   E-Fax: (248) 928-7051
   Email: pauljnicoletti@gmail.com
   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 26, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        By: /s/ *Paul J. Nicoletti*