**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Malibu Media LLC

                           Plaintiff,

v.                                                  Case No.: 1:13−cv−08484
                                                    Honorable Michael T. Mason

John Doe

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2014:

      MINUTE entry before the Honorable Michael T. Mason:Plaintiff is directed to respond to defendant's motion to dismiss [34] by 07/03/14 explaining why this case should not be dismissed with prejudice. The 07/01/14 notice of motion date is stricken; the parties need not appear. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.